UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
JORGE BECERRO,  :
:
                          Plaintiff,  :
:        22-CV-9637 (VSB)
               -against-  :
:        **ORDER**
EL VATO WINE CORP. d/b/a BAZAR  :
TAPAS BAR, and LADISLAV KULISEK,  :
:
                     Defendants.  :
:
-------------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on November 11, 2022, (Doc. 1), and filed an affidavit of service as to El Vato Wine Corporation ("El Vato Wine") on November 23, 2022, (Doc. 8). The deadline for Defendant El Vato Wine to respond to Plaintiff's complaint was December 6, 2022. (*See* Doc. 8.) To date, Defendant El Vato Wine has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment against Defendant El Vato Wine, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than December 30, 2022. If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    December 15, 2022
             New York, New York

                                                                                                VERNON S. BRODERICK
                                                                           United States District Judge